United States Courts
Southern District of Texas
FILED

*October 18, 2022*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. **L-22-CR-1300** |
| | § | |
| **RONICO DEVON PERRY** | § | **MGM** |

**INDICTMENT**

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

On or about **September 30, 2022**, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RONICO DEVON PERRY,**

knowing that he is an unlawful user of or addicted to any controlled substance (as defined in section 102 of the Controlled Substances Act (21 U.S.C. 802)), knowingly possessed a firearm and ammunition, to wit, a Sig Sauer model P320 M18, 9-millimeter pistol bearing serial number M18A065928, and 59 rounds of 9-millimeter ammunition, and said firearms and ammunition had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**COUNT TWO**

On or about **August 27, 2022,** in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RONICO DEVON PERRY,**

in connection with the acquisition of a firearm, a Sig Sauer model M18, 9-millimeter pistol, bearing serial number M18A065928, from Academy Sports & Outdoors Store #19, a licensed dealer of firearms in Houston, Texas, within the meaning of Chapter 44, Title 18, United States Code,

knowingly made a false and fictitious written statement to Academy Sports & Outdoors Store #19, which statement was intended and likely to deceive Academy Sports & Outdoors Store #19, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under Chapter 44 of Title 18, in that the defendant certified on ATF Form 4473 that he is not an unlawful user of, or addicted to marijuana, when in truth and in fact he is, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL: _____

ORIGINAL SIGNATURE ON FILE

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

Michael Makens
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET

NO.___L-22-CR-1300___

___LAREDO___  DIVISION

FILE: 22-06853       MAG#:  22-01877
INDICTMENT       Filed: October 18, 2022

Judge:  **MGM**

ATTORNEYS:

UNITED STATES OF AMERICA

JENNIFER B. LOWERY, USA

VS.                                                    MICHAEL MAKENS, AUSA

**RONICO DEVON PERRY**

**CHARGES:**

Count 1:    Possession of Firearm and Ammunition by a person who is an unlawful user of or
addicted to any controlled substance
(as defined in section 102 of the Controlled Substances Act (21 U.S.C. 802))
[18 USC 922(g)(3), 924(a)(2)]

Count 2:    False Statement during purchase of a firearm
[18 USC 922(a)(6), 924(a)(2)]

**TOTAL COUNTS: 2**

**PENALTY:**

Count 1:            0 to 10 years and/or $250,000 Fine, $100 special assessment,
Not more than a three (3)-year term of supervised release

Count 2:            0 to 10 years and/or $250,000 Fine, $100 special assessment,
Not more than a three three-year term of supervised release